UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NYKA O'CONNOR,
D.O.C. # 199579,

    Plaintiff,

v.                                                      4:21cv113–WS/MAF

SCOTT HARRIS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 17) docketed August 11, 2021. The magistrate judge recommends that Plaintiff's motion (ECF No. 16) to vacate judgment be denied. Plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and—like the magistrate judge—finds that Plaintiff has failed to establish that he is entitled to relief under Rule 60(b)(2).

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 17)

is ADOPTED and incorporated into this order by reference.

2. Petitioner's Motion (ECF No. 16) to vacate judgment is DENIED.

DONE AND ORDERED this   6th   day of   October  , 2021.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE